# LEWIS & LIN LLC

Brett E. Lewis
David D. Lin

Michael D. Cilento
Michael Druckman
Jane J. Jaang
Roberto Ledesma
Savita Sivakumar
Rachel Ann Stephens
Shuyu Wang

77 Sands Street, 6th Floor
Brooklyn, NY 11201

Tel: (718) 243-9323
Fax: (718) 243-9326

www.iLawco.com

David D. Lin
(718) 243-9325
david@iLawco.com

September 8, 2023

Magistrate Judge Jessica S. Allen
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

*Nourison Industries, Inc. v. Hangzhou Qixincai Household Products Co., Ltd.*,
Case Number: 2:23-cv-03007-MCA-JSA

Dear Magistrate Judge Allen:

      I am counsel for defendant/counterclaim plaintiff Hangzhou Qinxincai ("HQ") and write jointly with counsel for plaintiff/counterclaim defendant Nourison Industries pursuant to the Court's Text Order of September 6 (ECF No. 15). The parties have discussed the possibility of settlement and anticipate using the next two weeks to continue those discussions. Accordingly, we ask that any further action on HQ's motion for preliminary injunction (ECF No. 7) be stayed pending further update from the parties. We intend to provide a status update to the Court by Friday, September 22.

      We thank the Court for its consideration.

**SO ORDERED**

*/s/ Jessica S. Allen*
**Hon. Jessica S. Allen, U.S.M.J.**

**Date:** 9/11/23

LEWIS & LIN LLC

        Respectfully submitted,

        /s/ David D. Lin
        David D. Lin