## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

NOURISON INDUSTRIES, INC.,

*Plaintiff,*

v.

HANGZHOU QIXINCAI HOUSEHOLD PRODUCTS CO., LTD. d/b/a RESARE,

*Defendant.*

Civil Action No.:
2:23-cv-03007-MCA-JSA

## ORDER OF JUDGMENT

**THIS MATTER** having been brought before the Court by Henry A. Gabathuler, Esq., counsel for Plaintiff Nourison Industries, Inc. seeking an Order of Judgment pursuant to Fed. R. Civ. P. 68 in the above-captioned case; and the Court having considered the papers submitted; and for good cause shown pursuant to Fed. R. Civ. P. 68;

**IT IS HEREBY ORDERED** that, pursuant to the Accepted Offer of Judgment dated July 9, 2024 (Dkt. 37), Judgment is entered in the amount of $105,000, inclusive of allowable prejudgment interest, counsel fees, and other costs incurred by Plaintiff as of the date of the Offer of Judgment;

**IT IS FURTHER ORDERED** that this case is dismissed with prejudice as to all claims in Plaintiff's Complaint and Defendant's counterclaims filed in the

above-captioned action; and

**IT IS FURTHERE ORDERED** that the Clerk of the Court is directed to close the case.

**SO ORDERED:**

Date: Aug 13 74

_____
Hon. Madeline Cox Arleo, U.S.D.J.

2